**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF WYOMING

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pizza Volta SH, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-0930247** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **120 N. Cache Street, #1137**<br>**Jackson, WY 83001**<br>Number, Street, City, State & ZIP Code | **PO Box 1137**<br>**Jackson, WY 83001**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Teton**<br>County | **Location of principal assets, if different from principal place of business**<br>**1080 East 2100 South, Suite 14 Salt Lake City, UT 84106**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: |

| Debtor | **Pizza Volta SH, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

   7225

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Pizza Volta SH, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **Pizza Volta SH, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Pizza Volta SH, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **May  9, 2025**
                 MM / DD / YYYY

**X  /s/ Martin Brass**                                          **Martin Brass**
Signature of authorized representative of debtor                 Printed name

Title    **Manager**

---

**18. Signature of attorney**

**X  /s/ Stephen R. Winship**                    Date    **May  9, 2025**
Signature of attorney for debtor                         MM / DD / YYYY

**Stephen R. Winship 5-2093**
Printed name

**Winship & Winship, PC**
Firm name

**145 South Durbin Street, Suite 201**
**Casper, WY 82601**
Number, Street, City, State & ZIP Code

Contact phone    **307-234-8991**        Email address    **steve@winshipandwinship.com**

**5-2093 WY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Pizza Volta SH, LLC**

United States Bankruptcy Court for the:   DISTRICT OF WYOMING

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 9, 2025**     X **/s/ Martin Brass**
                                                   Signature of individual signing on behalf of debtor

                                                   **Martin Brass**
                                                   Printed name

                                                   **Manager**
                                                   Position or relationship to debtor

**United States Bankruptcy Court**
**District of Wyoming**

In re ___Pizza Volta SH, LLC_____

Debtor(s)

Case No. _____
Chapter ___11___

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Martin Brass**, declare under penalty of perjury that I am the **Manager** of **Pizza Volta SH, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said LLC at a special meeting duly called and held on the 8ᵗʰ day of _April_, 20**25**.

"Whereas, it is in the best interest of this LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Martin Brass**, **Manager** of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the LLC; and

Be It Further Resolved, that **Martin Brass**, **Manager** of this LLC is authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case, and

Be It Further Resolved, that **Martin Brass**, **Manager** of this LLC is authorized and directed to employ **Stephen R. Winship 5-2093**, attorney and the law firm of **Winship & Winship, PC** to represent the corporation in such bankruptcy case."

Date ___8 May '25_____

Signed _____
Martin Brass

Resolution of Board of Directors
of
**Pizza Volta SH, LLC**


Whereas, it is in the best interest of this  LLC to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Martin Brass**, **Manager** of this  LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the  LLC; and

Be It Further Resolved, that **Martin Brass**, **Manager** of this  LLC is authorized and directed to appear in all bankruptcy proceedings on behalf of the  LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the  LLC in connection with such bankruptcy case, and

Be It Further Resolved, that **Martin Brass**, **Manager** of this LLC is authorized and directed to employ **Stephen R. Winship 5-2093**, attorney and the law firm of **Winship & Winship, PC** to represent the  LLC in such bankruptcy case.

Date ___8 May '25___          Signed _____

Date _____          Signed _____

Fill in this information to identify the case:

Debtor name     **Pizza Volta SH, LLC**

United States Bankruptcy Court for the:    **DISTRICT OF WYOMING**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **De Anza Properties 960 North San Antonio Road, #114 Los Altos, CA 94022** | | **Lease Dispute** | **Contingent Unliquidated Disputed** | | | $497,933.96 |

| Fill in this information to identify the case: |
|---|
| Debtor name **Pizza Volta SH, LLC** |
| United States Bankruptcy Court for the: DISTRICT OF WYOMING |
| Case number (if known) _____ |

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**   **Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................... $                 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................... $          306,580.16

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................... $          306,580.16

---

**Part 2:**   **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $          122,904.52

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $                 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$       1,712,776.89

4. Total liabilities ...............................................................................................................
   Lines 2 + 3a + 3b

   $       1,835,681.41

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Pizza Volta SH, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF WYOMING |
| Case number *(if known)* | |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bluevine (on-line banking)** | **Checking** | **9498** | **$1,035.16** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

| | | |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$1,035.16** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | **Pizza Volta SH, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Restaurant Equipment, Furniture, and Fixtures See Attachment A (Certain items are held by landlord in Salt Lake City) | $0.00 | Cost Basis | $305,545.00 |

| 40. | **Office fixtures** |
|---|---|

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
|---|---|

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
|---|---|

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $305,545.00 |
|---|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

| Debtor | **Pizza Volta SH, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

- ■ No.  Go to Part 10.
- ☐ Yes Fill in the information below.

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ■ No.  Go to Part 11.
- ☐ Yes Fill in the information below.

## Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No.  Go to Part 12.
- ■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Claim against De Anza Properties/Doheny-Vidovich, Meadowbrook Partners** | **Unknown** |
| | Nature of claim  **Breach of Contract** | |
| | Amount requested  **$234,463.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ■ No
- ☐ Yes

Debtor    **Pizza Volta SH, LLC**                                        Case number *(If known)* _____
            Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,035.16 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $305,545.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $306,580.16 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $306,580.16 |

# PIZZA VOLTA - FF&E SCHEDULE

| Brand | Model# | Serial# | Description | Quantity | Unit Price | Extended (Tax Incl) | Market | Comments |
|---|---|---|---|---|---|---|---|---|
| Advance Tabco | 7-PS-68 | | 17 1/4" X 15 1/4" Hand sink with splash mount faucet | 1 | $394.89 | $394.89 | | |
| Avanto | 177SS15V | | Stainless Steel Sausage stuffer | 1 | $183.16 | $183.16 | $1,205.72 | Existing |
| Avanto | | | Hand sink Knee lever | 1 | $0.00 | $0.00 | | Existing |
| Avanto Equivalent | | | single basin prep sink 48" | 1 | $2,100.05 | $2,100.05 | | Existing |
| Avanto Equivalent | | | Hand sink 18" | 2 | $394.89 | $789.79 | | Existing |
| Cambro | IBS20148 | | 21 gallon Ingredient Bin | 1 | $247.83 | $247.83 | | |
| Eagle Group | M42-18 | | Modular Handsink 1800 series 12" X 20" | 1 | $591.55 | $591.55 | | |
| Eagle Group | MT3060S | | Wood top work table 30" X 60" | 1 | $838.35 | $1,872.70 | | Existing |
| Eagle Group | MT3072S | | Wood top work table 30" X 72" | 2 | $1,054.87 | $2,109.75 | | Existing |
| Eagle Group | T2430E | | Stainless steel work table 24"X30" | 1 | $591.55 | $1,183.10 | | Existing |
| Eagle Group | T2436E | | Stainless steel work table 24"X36" | 2 | $634.65 | $1,269.30 | | Existing |
| Glasstender | DB-18 | | 18" Drainboard | 1 | $0.00 | $0.00 | $724.62 | Existing |
| Glasstender | DBGR-24 | | 24" Drainboard | 2 | $0.00 | $0.00 | $2,891.36 | Existing |
| Glasstender | FSA-72 | | 72' -4 compartment sink w/ drainboards | 1 | $0.00 | $0.00 | $2,886.62 | Existing |
| Glasstender | IBA-36 | | 36" Ice Bin | 1 | $0.00 | $0.00 | $1,661.20 | Existing |
| Glasstender | IBA-42 | | 42" Ice Bin | 2 | $0.00 | $0.00 | $3,554.72 | Existing |
| Glasstender | ND92-R1-XS(irr) | | 92" -4 Door cooler | 1 | $0.00 | $0.00 | $6,327.08 | Existing |
| Glasstender | PCB-24 | | 24" Pos Cabinet | 2 | $0.00 | $0.00 | $3,140.48 | Existing |
| Glasstender | SWA-12 | | 12" handsink | 2 | $0.00 | $0.00 | $2,211.03 | Existing |
| John Boos | JNS18 | | Woot top work table 36"X72" | 1 | $807.05 | $807.05 | | Existing |
| John Boos | JNS18 | | Woot top work table 36"X72" | 1 | $807.05 | $807.05 | | Existing |
| John Boos | UBLD-2124-X | | 21"X24" Underbar Liquor Display Unit | 1 | $768.26 | $768.26 | | |
| John Boos | UBLD-2124-X | | 21"X24" Underbar Liquor Display Unit | 1 | $768.26 | $768.26 | | |
| Microside Manufacturing | 501125 | | Drop in Plate and Dish Dispenser | 4 | $933.12 | $3,732.46 | | |
| Microside Manufacturing | 501125 | | Drop in Plate and Dish Dispenser | 4 | $933.12 | $3,732.46 | | |
| Micromatic | 304 | | Standard type Faucet | 22 | $51.17 | $1,125.75 | | |
| Micromatic | 8241 | | quadruple gauge CO2 regulator | 6 | $446.61 | $2,679.68 | | |
| Micromatic | 7485BB-B | | "D" system beer keg coupler | 24 | $38.78 | $930.70 | | |
| Micromatic | DP-332ELD-12-3 | | 12 tap wall mount drip tray | 2 | $391.12 | $782.24 | | |
| Micromatic | Jest-4 type 304 | | nitro faucet | 2 | $129.29 | $258.58 | | |
| Regency | 600BDR48 | | 48" Stainless steel beer drip tray | 1 | $312.46 | $312.46 | | |
| Regency | 600DC1560 | | quadruple gauge CO2 regulator | 1 | $720.85 | $720.85 | | |
| Regency | 600GRSU2324 | | 15"X60" Stainless steel dish cabinet | 1 | $532.81 | $532.81 | | |
| Vollarth | 47762 | | 23"X24" Stainless steel flat top glass rack storage | 1 | $346.69 | $346.69 | | |
| Stainless | Custom | | 24 qt braiser pan | 1 | $0.00 | $0.00 | $1,000.00 | |
| Stainless | Custom | | 12' hood | 1 | $0.00 | $0.00 | $1,000.00 | |
| | | | 8' hood | 1 | $0.00 | $0.00 | | |

**TOTAL**    $29,047.39    $26,602.84

# PIZZA VOLTA - FF&E SCHEDULE

| Brand | Model # | Serial # | Description | Quantity | Unit | Extended (Tax Incl.) | Market | Comments |
|---|---|---|---|---|---|---|---|---|
| Antic Air | ACP8SQ | | Compact Countertop refrigerated prep unit | 1 | $916.95 | $916.95 | | |
| Atosa | MGF8401GRL | | 27"X30" Under Counter stainless steel refrigerator | 1 | $1,185.25 | $1,185.25 | | |
| Avantco | UBB-60-GT | MGF8401GRAUSL003220308000C40015 | 60" Black underbar height narrow 2 door refrigerator | 1 | $2,423.30 | $2,423.30 | | Existing |
| Berkel | 827A-PLUS | 6436 3346 2108 2903 | 12" Meat slicer | 1 | $0.00 | $0.00 | | Existing |
| Beverage Air | SPE72HC-30M | 14208835 | Elite Series 72" 2 door mega top refrigerated sandwich prep table | 1 | $5,249.03 | $5,249.03 | | |
| Beverage Air | SPE72HC-30M | 14208837 | Elite Series 72" 2 door mega top refrigerated sandwich prep table | 1 | $5,249.03 | $5,249.03 | | |
| Beverage Air | SPE72HC-30M | In store | Elite Series 72" 2 door mega top refrigerated sandwich prep table | 1 | $5,249.03 | $5,249.03 | | Existing |
| Blodgett Zephaire | BDO-100-G-ES | 080814CL015T | double decker convection oven (top) | 1 | $0.00 | $0.00 | | Existing |
| Blodgett Zephaire | BDO-100-G-ES | 080814CL016B | double decker convection oven (bottom) | 1 | $0.00 | $0.00 | $17,959.30 | Existing |
| Bunn | 23001.0006 | CWTF649936 | Coffee Maker | 1 | $718.69 | $718.69 | | |
| CMA | S-AH | | Dish Machine | 1 | $5,026.54 | $5,026.54 | | |
| CMA | | | Stainless steel dish dirty side | 1 | $2,046.17 | $2,046.17 | | |
| CMA | | | Stainless steel Clean side | 1 | $5,494.17 | $5,494.17 | | |
| CMA | 406CA | | 3 basin dish sink w/ drainboard | 1 | $5,364.87 | $5,364.87 | | |
| Cleveland | B2CT-12D-222.7 | | 27" Undercounter Refrigerator | 1 | $3,250.82 | $3,250.82 | | |
| Eagle Group | CRG-4 | | 24" underbar cocktail/ice bin with cold plate | 2 | $2,315.55 | $4,631.10 | | Existing |
| Glastop | | | Black countertop display refrigerated merchandiser | 1 | $430.99 | $430.99 | | |
| Groen | NHFP-E4 | N2133BHOF | Braising pan, auto tilting, natural gas, 40 gallons | 1 | $9,000.00 | $9,000.00 | | |
| Hobart Equivalent | 190HCM80HB | | 80 qt stainless steel mixing bowl | 5 | $484.86 | $2,424.30 | | |
| Hobart Equivalent | 190HCMTRUCK | | Truck for hobart classic mixers (30-140 qt) | 4 | $129.29 | $517.16 | | |
| Hobart Equivalent | 190HM12HSHSL | | Shredder and Slicer Attachment for #12 hub Mixer | 1 | $591.55 | $591.55 | | |
| Hobart Mixer | M802 | 31-1245-024 | 80 qt Dough Mixer | 1 | $12,925.26 | $12,925.26 | | |
| Manitowoc | F1300 | F1000007760-243 14 | Ice Machine bin | 1 | $4,418.83 | $4,418.83 | | Existing |
| Manitowoc | IYT1200A | | Ice Machine | 1 | $7,203.09 | $7,203.09 | | Existing |
| RatioMaster | PM 943ED | B8505-12/421 | Pizza Oven | 1 | $35,514.00 | $35,514.00 | | |
| Robot Coupe | R2N | | Combination Food Processor with grey bowl & continuous feed | 1 | $1,310.24 | $1,310.24 | | |
| Bourath | 72425 | | 4 qt. Round Soup warmer | 1 | $308.69 | $308.69 | | |
| Waring | JC4000 | | Heavy Duty 18001 RPM Citrus Juicer | 1 | $785.50 | $785.50 | | |
| Waring | WSB40 | | Quik Stik 10" 2-speed immersion blender | 1 | $279.07 | $279.07 | | |
| Waring | WSB50 | | Big Stik 12" variable speed immersion blender | 1 | $501.04 | $501.04 | | |
| Wells | HDHP-1230G | | 2 burner gas stove top | 1 | $1,026.86 | $1,026.86 | | |
| Winholt | NHP(-1825-UNC | 2005S935 | Heated Holding/ Proofing Cabinet | 1 | $2,392.05 | $2,392.05 | | |

TOTAL $126,433.57   $18,864.30

**PIZZA VOLTA - FF&E SCHEDULE**

| Brand | Model # | Serial# | Description | Quantity | Price Unit | Extended (Tax Inc) Market | Comments |
|---|---|---|---|---|---|---|---|
| Acopa | 5535206 | | 6 oz Glass carafe 12/case | 2 | $18.31 | $36.61 | |
| Acopa | 176PITCHER66 | | 66oz Stainless steel pitcher | 4 | $16.71 | $66.85 | |
| Acopa | 5538033 | | 32 oz Glass Carafe 12/case | 2 | $49.55 | $99.11 | |
| Advance Tabco | 109A18 | | 4 Bottle rack insert | 2 | $23.69 | $47.39 | |
| American Metalcraft | 124BEE607 | | Chrome top Spice shaker | 24 | $1.28 | $30.77 | |
| American Metalcraft | 124MP1626 | | Pizza Peel with 9" handle | 4 | $72.61 | $290.45 | |
| AVA | 914DPT450ABR | | probe thermometer | 6 | $11.00 | $66.01 | |
| Acuweigh | 334R515DT | | 150 LB Digital Scale | 1 | $102.35 | $102.35 | |
| BERG | | | Liquor pour system | 1 | $3,832.61 | $3,832.61 | |
| Cambro | 21425MCCWCL | | 1Cup measuring cup | 2 | $3.87 | $7.74 | |
| Cambro | 214100MCCWCL | | 1 QT measuring cup | 2 | $8.07 | $16.14 | |
| Cambro | 214400MCCWCL | | 4 QT measuring cup | 2 | $11.84 | $23.68 | |
| Cambro | 21430CWCCL | | 1/3 PAN LID | 18 | $3.31 | $59.54 | |
| Cambro | 2148SFSWC | | 8 QT Food storage Container | 6 | $10.11 | $60.64 | |
| Cambro | 21436CWCL | | 1/3 PAN | 18 | $6.87 | $123.74 | |
| Cardinal Detecto | 308P34 | | electronic portion scale | 1 | $106.12 | $106.12 | |
| Carlisle | 27140421 | | 10" Hi-Lo floor scrub brush with squeegee | 2 | $14.00 | $27.99 | |
| Carlisle | 271640000 | | 1 Gal Plastic Pitcher 2/pk | 2 | $19.48 | $38.96 | |
| Carlisle | 27140225BL | | 60" broom/Squeegee handle | 3 | $13.46 | $40.37 | |
| Carlisle | 271RF | | Flatware Dish rack | 2 | $21.54 | $43.08 | |
| Carlisle | 70094CL | | Plastic 1/9 pan | 12 | $3.65 | $43.83 | |
| Carlisle | 271C32P1 | | 8 compartment flatware rack | 2 | $22.08 | $44.16 | |
| Carlisle | 27140348 | | 48" stainless Steel Spatula | 1 | $48.48 | $48.48 | |
| Carlisle | 792MTH24P | | 24" magnetic knife holder | 4 | $12.98 | $51.94 | |
| Carlisle | 271C5216CL | | 16 oz Plastic tumbler 72/case | 1 | $61.41 | $61.41 | |
| Carlisle | 70020F | | 1/2 pan lid | 18 | $3.94 | $70.99 | |
| Carlisle | 2711400GLBK | | 14" serving Tray | 12 | $6.43 | $77.19 | |
| Carlisle | 2714614 | | table top displayette | 36 | $2.26 | $81.46 | |
| Carlisle | 2711195407 | | 12 QT Food Storage Container | 6 | $14.41 | $86.44 | |
| Carlisle | 2711197560 | | Blue Food Storage Container Lid | 24 | $3.69 | $88.44 | |
| Carlisle | 27136885 | | Heavy duty angled broom | 6 | $15.07 | $90.45 | |
| Carlisle | 7001826CL | | 18"X26" food storage container Lid | 6 | $15.07 | $90.45 | |
| Carlisle | 271RTP | | Peg Dish rack | 6 | $20.52 | $123.09 | |
| Carlisle | 6903338CL | | 60 oz. clear water pitcher | 24 | $5.30 | $127.23 | |
| Carlisle | 70026CL | | Plastic 1/2 pan | 18 | $8.61 | $154.97 | |
| Carlisle | 271607004P | | 4" stainless steel perforated hotel pan | 6 | $27.77 | $166.60 | |
| Carlisle | 271C2235R | | Glass Rack Dolly | 2 | $110.43 | $220.87 | |
| Carlisle | 70010F | | Full size plastic lid | 36 | $7.53 | $271.14 | |
| Carlisle | 700182612CL | | 26"X18"X12" food storage container | 6 | $46.41 | $278.45 | |
| Carlisle | 2711195607 | | 22 QT Food Storage Container | 18 | $27.66 | $497.87 | |
| Carlisle | 70016CL | | Plastic Full size hotel pan | 36 | $17.27 | $621.80 | |
| Carlisle | 70060F | | Plastic 1/6 pan lid | 300 | $2.14 | $643.27 | maybe 50 re |
| Carlisle | 70066CL | | Plastic 1/6 pan | 300 | $4.49 | $1,347.95 | maybe 50 re |
| CDN | 221IN1022 | | Infrared Laser Thermometer | 1 | $54.94 | $54.94 | |
| Chef Master | 47290079 | | Whipped cream Dispenser | 1 | $75.41 | $75.41 | |
| Chef Master | 599SD12 | | Salad Spinner | 1 | $150.84 | $150.84 | |
| Choice | 407PCMCWH | | 4 piece measuring cup | 3 | $3.22 | $9.67 | maybe 1 rel |
| Choice | 40724185RD | | Red cutting board | 1 | $18.31 | $18.31 | |
| Choice | 176CON6XPNT | | 6-compartment bar condiment | 1 | $19.38 | $19.38 | |
| Choice | 407FRYPANS14 | | 14" Non-stick fry pan | 1 | $28.00 | $28.00 | |
| Choice | 407TRNRSW83 | | 8"X3" Turner/offset spatula | 6 | $4.89 | $29.35 | maybe 2 rer |
| Choice | 1761QBUW | | 1 QT back up container | 12 | $2.68 | $32.20 | |
| Choice | 203182-4kit | | 6 color coded cutting boards | 1 | $42.01 | $42.01 | removed? |
| Choice | 407BUN4ALF | | 1/2 size sheet pan | 8 | $6.45 | $51.63 | |
| Choice | 407GH24 | | 24" Brass Bar Hanger Rack | 10 | $5.38 | $53.77 | |
| Choice | 176BT20157BK | | BUS TUB | 10 | $6.45 | $64.54 | |
| Choice | 7238REW19T | | 64 OZ insulated coffee carafe | 2 | $32.31 | $64.63 | |
| Choice | 40725TS | | Tomato Slicer | 1 | $64.64 | $64.64 | |
| Choice | 40724185WH | | white cutting board | 4 | $16.69 | $66.76 | |
| Choice | 4076PS6K | | 10 1/2" Pie Server | 48 | $1.55 | $74.48 | |
| Choice | 407BUNFULL | | Full size sheet pan | 12 | $8.18 | $98.14 | maybe 4 rei |
| Choice | 176STD97CH | | 9"X8"X7" pizza stand | 30 | $3.54 | $106.35 | |
| Choice | 176BO38K2 | | 3 gal beverage dispenser | 4 | $32.31 | $129.26 | |
| Choice | 407PZWRIM12 | | 12" Wide rim aluminum pizza pan | 50 | $3.11 | $155.70 | |
| Choice | 109CARTBUSBK | | utility cart | 2 | $80.80 | $161.60 | |
| Choice | 176BM12BK12KIT | | 12"X12" Interlocking Bar mat 12/pk | 4 | $50.09 | $200.37 | |
| Choice | 407PZWRIM16 | | 16" Aluminium Pizza Pan | 50 | $4.51 | $225.74 | |
| Continental | 274912BK | | Lobby Dust Pan | 4 | $9.69 | $38.75 | |
| Dexter Russel | 21007633 | | knife sharpening steel | 1 | $36.62 | $36.62 | |
| Dexter Russel | 21018023P | | purple handle pizza cutter | 2 | $20.46 | $40.92 | 1 removed |
| Dexter Russel | 21018023 | | white handle pizza cutter | 3 | $18.85 | $56.54 | 1 removed |
| Dexter Russel | 21018023G | | green handle pizza cutter | 3 | $18.85 | $56.54 | 1 removed |
| Dexter Russel | 21018023R | | red handle pizza cutter | 3 | $18.85 | $56.54 | 1 removed |
| Edlund | 3331B | | Table top Can opener | 1 | $127.67 | $127.67 | |
| GI METAL | ACE.SP/12 c | | oven brush and handle | 1 | $108.72 | $108.72 | |
| GI METAL | A-32R/12 | | 13" pizza peel | 2 | $103.22 | $206.45 | |
| GI METAL | R-SP | | oven brush heads | 6 | $36.10 | $216.58 | |
| GI METAL | A-41R/9c | | 16" pizza peel | 4 | $124.24 | $496.94 | |
| IDVISOR | | | ID SCANNER | 1 | $1,072.11 | $1,072.11 | |

| Lancaster | 80818765 | Wood booster seat natural finish | 2 | $25.31 | $50.62 | |
| Lancaster | 164HIGHCNAT | High chairs | 8 | $75.41 | $603.31 | |
| Libbey | 5515126 | 2 oz shot glass 12/pack | 2 | $25.85 | $51.70 | |
| Libbey | 5515201 | 10 oz warm beverage mug 12/case | 4 | $34.99 | $139.95 | |
| Libbey | 5513773 | 5.5 oz champagne glass 36/case | 2 | $147.07 | $294.14 | |
| Libman | 537879 | push broom 4/pack | 1 | $86.19 | $86.19 | |
| Matfer Bourgeat | 960186702 | vegetable spiral slicer | 1 | $82.42 | $82.42 | |
| Notrax | 844B755100 | Black Anti-fatigue floor mat | 8 | $44.17 | $353.33 | |
| Omega | J8006HDS | vegetable and fruit juicer | 1 | $301.79 | $301.79 | |
| Regency | 600LCK4518B | Lockers | 1 | $128.21 | $128.21 | |
| Regency | 600MBR48 | 48" Mop/Broom Rack | 4 | $73.26 | $293.04 | |
| Rubbermaid | 690FG35400BL | Slim Jim Trash can Blue | 2 | $48.48 | $96.95 | |
| Rubbermaid | 690FG35400BK | Slim Jim Trash can Black | 12 | $43.37 | $520.43 | |
| San Jamar | 511SI9000 | 64 oz ice scoop | 1 | $74.34 | $74.34 | |
| San Jamar | 511KLRS1 | 6 Cutting board Storage Rack | 2 | $46.86 | $93.72 | |
| San Jamar | 511SI6000 | 6 gallon ice tote | 2 | $47.40 | $94.80 | |
| San Jamar | 511SI5000 | 6-10 oz ice scoop | 4 | $31.24 | $124.95 | |
| San Jamar | 27112871 | RCU128 Rapi Kool Paddle | 4 | $40.40 | $161.58 | |
| Tablecraft | 6945196 | Dough cutter/scraper | 8 | $3.87 | $30.95 | maybe 2 re... |
| Tablecraft | 844437521 | 6 board cutting board rack | 2 | $16.15 | $32.30 | |
| Tablecraft | 808BH4TB | Cheese/pepper shaker 12/case | 3 | $26.51 | $79.52 | |
| Tablecraft | 8086619 | Oil and Vinegar pourer | 12 | $9.84 | $118.05 | |
| Tablecraft | 8086618 | Salt and Pepper Shaker 24/case | 2 | $88.88 | $177.77 | |
| Taylor | 913RFT2K | Refrigerator/freezer thermomiller | 8 | $3.65 | $29.22 | |
| Thunder Group | 271NS5095WH | Melamine 3 qt bowl 12/pack | 2 | $172.39 | $344.78 | |
| Tuxton | 956FRUITDISH | TRE-011 Fruit dish 36/case | 1 | $37.49 | $37.49 | |
| Tuxton | 956RE039 | 13 1/2" X 9" oval platter | 3 | $93.26 | $279.77 | |
| Tuxton | 956RE008 | 9" wide rim plate 24/case | 15 | $60.16 | $902.35 | |
| Valor | 82SRSK5 | 5" mini cast iron Skillet 12/case | 2 | $75.21 | $150.42 | |
| Victorinox | 35340195 | 2 handle cheese knife | 1 | $106.12 | $106.12 | |
| Vigor | 473SSAUCP6 | 6 QT stainless Steel Sauce Pan | 1 | $42.01 | $42.01 | |
| Vigor | 473SSPOT20 | 20 QT Stainless Steel Stock Pot | 1 | $74.88 | $74.88 | |
| Vigor | 24711622 | Full size 6" Stainless Steel Hotel Pan | 8 | $36.18 | $217.09 | |
| Vollrath | 92247963 | Stainless Steel Colander | 1 | $13.44 | $13.44 | |
| Vollrath | 92252923 | 13 1/2" high heat spatula | 2 | $11.84 | $23.68 | |
| Vollrath | 92258121 | 13 1/2" high heat silicone spoon/la | 2 | $12.73 | $25.45 | |
| Vollrath | 93646813 | 3 oz ladle | 8 | $3.54 | $28.36 | maybe 3 re... |
| Vollrath | 92252910 | 10" high heat silicone spatula | 4 | $8.84 | $35.34 | |
| Vollrath | 92220038 | 16 1/2" X 24" cooling rack for full sheet pan | 4 | $51.17 | $204.68 | maybe 2 re... |
| Walco | 935UL7225 | 8" stainless steel serving tong | 24 | $8.47 | $203.26 | |
| Wusthof | 92629227 | knife sharpener | 1 | $26.94 | $26.94 | |

|  |  | **TOTAL** |  |  | **$21,635.97** | **$0.00** |

## PIZZA VOLTA - FF&E SCHEDULE

| Brand | Model # | Serial# | Description | Quantity | Unit Price | Extended (Tax Incl) Market |
|---|---|---|---|---|---|---|
| FLATTech | UR30 | | 30" Self-Stabilizing Round Black Table Base | 16 | $196.99 | $3,151.84 |
| FLATTech | UP22 | | 22" Round Black Self-Stabilizing Cast Iron Table Base | 2 | $129.99 | $259.98 |
| TimeWorn Wood | Table tops | 24" x 40" | Custom oak butcher block polyacrylic finish | 3 | $283.17 | $849.51 |
| TimeWorn Wood | Table tops | 34" x 48" | Custom oak butcher block polyacrylic finish | 2 | $481.95 | $963.89 |
| TimeWorn Wood | Table tops | 34" x 72" | Custom oak butcher block polyacrylic finish | 13 | $721.81 | $9,383.50 |
| TimeWorn Wood | Table tops | 40" x 40" | Custom oak butcher block polyacrylic finish | 8 | $534.14 | $4,273.10 |
| TimeWorn Wood | Table tops | 40" x 84" | Custom oak butcher block polyacrylic finish | 1 | $1,120.47 | $1,120.47 |
| TimeWorn Wood | Table tops | 40" x 120" | Custom oak butcher block polyacrylic finish | 2 | $1,971.09 | $3,942.18 |
| TimeWorn Wood | Booth backs / seats | 25 1/2" x 48" | Custom oak butcher block polyacrylic finish | 4 | $622.98 | $2,491.90 |
| TimeWorn Wood | Booth backs / seats | 25 1/2" x 72" | Custom oak butcher block polyacrylic finish | 26 | $935.02 | $24,310.48 |
| TimeWorn Wood | Booth backs / seats | 25 1/2" x 84" | Custom oak butcher block polyacrylic finish | 1 | $1,090.48 | $1,090.48 |
| TimeWorn Wood | Bar Top | 3 pieces; 24" x 24' total length | Custom reclaimed, mixed plank oak polyacrylic finish | 1 | $10,368.49 | $10,368.49 |
| East Coast Chair and Barstool | Chairs | | Black metal frame with natural oak seat and back | 64 | $99.50 | $6,368.00 |
| East Coast Chair and Barstool | Barstools | | Black metal frame with natural oak seat and back | 16 | $155.99 | $2,495.84 |

TOTAL          $71,069.66          $0.00

## PIZZA VOLTA - FF&E SCHEDULE

| Brand | Model # | Serial # | Description | Quantity | Unit Price | Extended (Tax Incl) Market |
|---|---|---|---|---|---|---|
| Intense Lighting | L8 Circuit | IS24-B | 2 Circuit Track - 4 feet | 7 | | |
| Intense Lighting | L8 Circuit | IS26-B | 2 Circuit Track - 6 feet | 13 | | |
| Intense Lighting | L8 Circuit | IS28-B | 2 Circuit Track - 8 feet | 26 | | |
| Intense Lighting | L8 Circuit | IS201B | Live end feed connector | 13 | | |
| Intense Lighting | L8 Circuit | IS203B | Straight feed connector | 13 | | |
| Intense Lighting | L8 Circuit | IS204B | Flexible connector | 0 | | |
| Intense Lighting | L8 Circuit | IS206B | "L" Connector | 4 | | |
| Intense Lighting | L8 Circuit | IS205B | "T" Connector | 0 | | |
| Intense Lighting | L8 Circuit | IS207B | "T" Connector | 0 | | |
| Intense Lighting | L8 Circuit | IS116B | "X" Connector | 0 | | |
| Intense Lighting | L8 Circuit | IS116B | Wire cover suspension kit | 11 | | |
| Intense Lighting | L8 Circuit | ISP48 | Suspension kit | 70 | | |
| Intense Lighting | L8 Circuit | IS213B | Dead end cap | 11 | | |
| Intense Lighting | L8 Circuit | IS213B | Package Price | 1 | $7,320.27 | $7,320.27 |
| Intense Lighting | L8C Circuit | MXG2PRD-2-L1-309-DELV-S0-B | 3.5 x 12" LED Track Mount pendant - 50 deg flood | 10 | | |
| Intense Lighting | L8C Circuit | B-CR-C48-I | 3.5" Trim Insert | 10 | | |
| Intense Lighting | L8C Circuit | LH47 | Accessory holder | 10 | | |
| Intense Lighting | L8C Circuit | PFLMB-47 | Hex cell louver | 10 | | |
| Intense Lighting | L8C Circuit | PFLMB-47 | Package Price | 10 | $531.58 | $5,315.78 |
| Intense Lighting | L8D Circuit | MXG2PRD-2-L1-309-DELV-24-B | 3.5 x 12" LED Track Mount pendant - 24 deg narrow flood | 25 | | |
| Intense Lighting | L8D Circuit | B-CR-C48-I | 3.5" Trim Insert | 25 | | |
| Intense Lighting | L8D Circuit | LH47 | Accessory holder | 25 | | |
| Intense Lighting | L8D Circuit | PFLMB-47 | Hex cell louver | 25 | | |
| Intense Lighting | L8D Circuit | PFLMB-47 | Package Price | 25 | $531.58 | $13,289.50 |
| Intense Lighting | L8E Circuit | MXG2PRD-2-L1-309-DELV-12-B | 3.5 x 12" LED Track Mount pendant - 12 deg spot | 19 | | |
| Intense Lighting | L8E Circuit | B-CR-C48-I | 3.5" Trim Insert | 19 | | |
| Intense Lighting | L8E Circuit | LH47 | Accessory holder | 19 | | |
| Intense Lighting | L8E Circuit | PFLMB-47 | Hex cell louver | 19 | | |
| Intense Lighting | L8E Circuit | PFLMB-47 | Package Price | 19 | $531.58 | $10,100.02 |
| Intense Lighting | L8F Circuit | MXG2PRD-2-L1-309-DIM-12-B | 3.5 x 12" LED Track Mount pendant - 24 deg narrow flood | 3 | | |
| Intense Lighting | L8F Circuit | PFLMB-47 | Hex cell louver | 3 | | |
| Intense Lighting | L8F Circuit | ISX48 | Extension wand - 48" | 3 | | |
| Intense Lighting | L8F Circuit | | Package Price | 3 | $315.62 | $946.86 |
| Intense Lighting | Wall washers | OPTI-WH-CC-40D-N-98.43" | | 14 | $117.33 | $1,642.62 |
| Q-Tran | Wall washers | HMB-M | | 32 | $11.73 | $375.36 |
| Q-Tran | Wall washers | Q-Angle (Per Pair) | | 16 | $53.33 | $853.28 |
| Q-Tran | Wall washers | VERS-04-6-D-rgbw-30-dry-25d-l1-wh-s2-bw-cls-wh-cc-12" | | 8 | $90.00 | $720.00 |
| Q-Tran | Wall washers | VERS-04-6-D-rgbw-30-dry-25d-l1-wh-s2-bw-cls-wh-cc-20" | | 24 | $180.00 | $4,320.00 |
| Ravenhill Studio | Pendants | Grain Drum 14" | | 6 | $925.00 | $5,550.00 |
| Fresco lighting control | FCS 7T5N x DBL | | | 1 | | |
| Fresco lighting control | NPP16 D EFP | | | 2 | | |
| Fresco lighting control | NSP5 PCD 2W | | | 3 | | |
| Acuity Brands | NSP5 PCD ELV 120 | | | 3 | | |
| Acuity Brands | | | | 7 | | |
| Acuity Brands | | | | 1 | $6,925.17 | $6,925.17 |
| Fresco lighting control | | | Package Price | 1 | $6,925.17 | $6,925.17 |

| | | | | | TOTAL | $57,358.86 |
| | | | | | | $0.00 |

**Fill in this information to identify the case:**

Debtor name    **Pizza Volta SH, LLC**

United States Bankruptcy Court for the:    DISTRICT OF WYOMING

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Celtic Bank** | Describe debtor's property that is subject to a lien | $122,904.52 | $305,545.00 |
|---|---|---|---|---|

Creditor's Name

**Restaurant Equipment, Furniture, and Fixtures
See Attachment A
(Certain items are held by landlord in Salt Lake City)**

**268 South State Street,
Suite 300
Salt Lake City, UT 84111**

Creditor's mailing address

**Describe the lien**

**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 9021**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $122,904.52

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name     **Pizza Volta SH, LLC**

United States Bankruptcy Court for the:   DISTRICT OF WYOMING

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**De Anza Properties**<br>**960 North San Antonio Road, #114**<br>**Los Altos, CA 94022**<br><br>Date(s) debt was incurred _2023_<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: **Lease Dispute**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$497,933.96** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Hand Fire Pizza, LLC**<br>**PO Box 1137**<br>**120 N. Cache Street**<br>**Jackson, WY 83001**<br><br>Date(s) debt was incurred _5/2021-11/2022_<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Loan**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$871,857.00** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Hand Fire Pizza, LLC**<br>**PO Box 1137**<br>**120 N. Cache Street**<br>**Jackson, WY 83001**<br><br>Date(s) debt was incurred _5/2021-12/2023_<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Loan**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$306,697.00** |
| **3.4** Nonpriority creditor's name and mailing address<br>**J.L. Hardy Construction**<br>**1816 Prospector Ave, #102**<br>**Park City, UT 84060**<br><br>Date(s) debt was incurred _2023_<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Collection on Judgment**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$15,214.07** |

| Debtor | **Pizza Volta SH, LLC** | | Case number (if known) | |
| | Name | | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,920.00** |
|---|---|---|---|
| | **Martin Brass** <br> **PO Box 1137** <br> **Jackson, WY 83001** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __2024__ | **Basis for the claim:** __Business Loan__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,154.86** |
|---|---|---|---|
| | **Paul Cucchiarelli** <br> **PO Box 1137** <br> **Jackson, WY 83001** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __2023__ | **Basis for the claim:** __Business Loan__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Dorsey & Whitney, LLP** <br> **111 S Main St Ste 2100** <br> **Salt Lake City, UT 84111** | Line __3.1__ <br><br> ☐ Not listed. Explain ____ | _ |
| 4.2 | **Jason Robinson** <br> **Babcock Scott & Babcock** <br> **370 East South Temple, 4th Floor** <br> **Salt Lake City, UT 84111** | Line __3.4__ <br><br> ☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 1,712,776.89 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 1,712,776.89 |

**Fill in this information to identify the case:**

Debtor name    **Pizza Volta SH, LLC**

United States Bankruptcy Court for the:    DISTRICT OF WYOMING

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name **Pizza Volta SH, LLC**

United States Bankruptcy Court for the: DISTRICT OF WYOMING

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Hand Fire Pizza, LLC** | | **Celtic Bank** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Martin Brass** | | **Celtic Bank** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Paul Cucchiarelli** | | **Celtic Bank** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **Pizza Volta SH, LLC**

United States Bankruptcy Court for the:   DISTRICT OF WYOMING

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☑ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
   | --- | --- | --- |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
   | --- | --- | --- |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** Check all that apply |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

   | **Insider's name and address** **Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
   | --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Pizza Volta SH, LLC | Case number *(if known)* | |
|---|---|---|---|

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Pizza Volta v. DVMP<br><br>DVMP v. Pizza Volta (Counterclaim)<br>940907494 | Landlord/Tenant Dispute | 3rd Judicial District Court Salt Lake County, Utah State Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | J.L. Hardy Construction v<br>Pizza Volta SH, LLC<br>238400154 | Collections | 3rd Judicial District Court Salt Lake County, Utah | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Pizza Volta SH, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Winship & Winship** **145 South Durbin Street, #201** **Casper, WY 82601** | **Attorney Fee $13,968.00** **Filing Fee $1,738.00** | **4/21/25** | **$15,706.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Hand Fire Pizza, LLC** | | | |
| 11.2. | **Winship & Winship** **145 South Durbin Street, #201** **Casper, WY 82601** | **Attorney Fees** | **10/2023-5/2 025** | **$4,220.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Hand Fire Pizza, LLC and Martin Brass** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

Debtor    **Pizza Volta SH, LLC**                                     Case number *(if known)* _____

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1080 East 2100 South** **Salt Lake City, UT 84106** | **7/1/2021-9/15/2023** |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First Interstate Bank** | **XXXX-** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **Closed 2/2024** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **4**

| Debtor | Pizza Volta SH, LLC | Case number *(if known)* | |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Rockwell Self Storage 3323 South 700 East Salt Lake City, UT 84106** | **Paul Cucchiarelli and Martin Brass** | **Misc. Restuarant equipment. (See items highlighted blue on Attachment A)** | ☐ No ☑ Yes |
| **Resco 230 West 700 South Salt Lake City, UT 84101** | **Paul Cucchiarelli and Martin Brass** | **Pizzamaster Pizza Oven and Hobart Mixer (See items highlighted blue on Attachment A)** | ☐ No ☑ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Debtor | Pizza Volta SH, LLC | Case number *(if known)* | |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Sandra Nicholls**<br>**Cholls4U, LLC**<br>**3556 Medinah Ave E**<br>**Southport, NC 28461** | **May 2021 to present** |
| 26a.2. **Levin & Tabon**<br>**140 Hoohana Street, Suite 210**<br>**Kahului, HI 96732** | **May 2021 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Cholls4U, LLC** | **May 2021 to present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **Levin & Tabon** | **May 2021 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Cholls4U, LLC** | |
| 26c.2. **Levin & Tabon** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Debtor | **Pizza Volta SH, LLC** | Case number *(if known)* | |
|---|---|---|---|

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Hand Fire Pizza, LLC** | EIN:    **81-4384630** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Pizza Volta SH, LLC**                                    Case number *(if known)*

---

<div style="background:black;color:white;display:inline">**Part 14:**</div>  **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **May  9, 2025**

**/s/ Martin Brass**                                    **Martin Brass**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor     **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Wyoming

In re   **Pizza Volta SH, LLC** _____   Case No. _____

_____ Debtor(s)   Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **400.00/hour** |
| Prior to the filing of this statement I have received | $ | **15,000.00** |
| Balance Due | $ | _____ , ____ |

2.  The source of the compensation paid to me was:

☐ Debtor        ■ Other (specify):  **Hand Fire Pizza, LLC**

3.  The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
      **The compensation agreed to be paid by Debtor to the undersigned is $400.00 per hour plus expenses.**

6.  By agreement with the debtor(s). the above-disclosed fee does not include the following service:
      **Preparation of Tax Returns, Initial Report and Monthly Operating Reports to Trustee.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

5/9/2025 _____                   /s/ Stephen R. Winship
_____
_Date_                                              **Stephen R. Winship 5-2093**
                                                    _Signature of Attorney_
                                                    **Winship & Winship, PC**
                                                    **145 South Durbin Street, Suite 201**
                                                    **Casper, WY 82601**
                                                    **307-234-8991  Fax: 307-234-1116**
                                                    **steve@winshipandwinship.com**
                                                    _Name of law firm_

# United States Bankruptcy Court
### District of Wyoming

In re   **Pizza Volta SH, LLC**
Debtor(s)

Case No.
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Hand Fire Pizza, LLC**<br>**PO Box 1137**<br>**WY 83007** | | **100** | **Common** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May  9, 2025**

Signature   **/s/ Martin Brass**
**Martin Brass**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of Wyoming**

In re    **Pizza Volta SH, LLC**                                          Case No.
                                                    Debtor(s)    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May  9, 2025**                    **/s/ Martin Brass**
                                             **Martin Brass**/**Manager**
                                             Signer/Title

Celtic Bank
268 South State Street, Suite 300
Salt Lake City, UT 84111


De Anza Properties
960 North San Antonio Road, #114
Los Altos, CA 94022


Dorsey & Whitney, LLP
111 S Main St Ste 2100
Salt Lake City, UT 84111


Hand Fire Pizza, LLC
PO Box 1137
120 N. Cache Street
Jackson, WY 83001


J.L. Hardy Construction
1816 Prospector Ave, #102
Park City, UT 84060


Jason Robinson
Babcock Scott & Babcock
370 East South Temple, 4th Floor
Salt Lake City, UT 84111


Martin Brass
PO Box 1137
Jackson, WY 83001


Paul Cucchiarelli
PO Box 1137
Jackson, WY 83001

# United States Bankruptcy Court
## District of Wyoming

In re    **Pizza Volta SH, LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Pizza Volta SH, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Hand Fire Pizza, LLC
PO Box 1137
WY 83007**

☐ None [*Check if applicable*]

**May  9, 2025**

Date

**/s/ Stephen R. Winship**

**Stephen R. Winship 5-2093**

Signature of Attorney or Litigant

Counsel for   **Pizza Volta SH, LLC**

**Winship & Winship, PC
145 South Durbin Street, Suite 201
Casper, WY 82601
307-234-8991 Fax:307-234-1116
steve@winshipandwinship.com**